# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61016-UU

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DEBRA J. SIMPSON,

      Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Exemption from Initial Disclosures under Rule 26(a)(1).  D.E. 7.  The Court has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiff moves for exemption from initial disclosure rules in this action to collect on a student loan guaranteed by the United States.  D.E. 7.  Since this is an action by the United States to collect on a student loan guaranteed by the United States, it is exempt from initial disclosure rules.  *See* Fed. R. Civ. P. 26(a)(1)(B)(vii).  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 7) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _22d_ day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf